No. 79–5190.   THERIAULT ET AL. *v.* ESTABLISHMENT OF RELIGION ON TAXPAYERS' MONEY IN THE FEDERAL BUREAU OF PRISONS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–5192.   ROBERTS *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79–5195.   SCHERZER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–5203.   BURNETTE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 79–5207.   DABDOUB-DIAZ *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5213.   POTTER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–5220.   JORDAN *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 79–5221.   ROBINSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–5224.   SIMMONS *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 79–5235.   VINCENZO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79–5242.   BROOKS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 79–5249.   HESTER *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 78–986.   ARKANSAS LOUISIANA GAS CO. *v.* HALL ET AL. Ct. App. La., 2d Cir.   Certiorari denied.   MR. JUSTICE STEWART took no part in the consideration or decision of this petition.